IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE DUHREAL FLAGG-EL, <br> AIS 310705, <br><br> Plaintiff, <br><br> v. <br><br> HOUSTON COUNTY SHERIFF DEPARTMENT, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL CASE NO. 1:22-cv-268-ECM <br> )              (WO) <br> ) <br> ) <br> ) <br> ) |

**MEMORANDUM OPINION and ORDER**

On December 1, 2022, the Magistrate Judge entered a Recommendation (doc. 12) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to prosecute this action and respond to the orders of the Court.

A separate Final Judgment will be entered.

DONE this 9th day of January, 2023.

　　　　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE